The People of the State of New York, Appellant, v. John Perez, Respondent.— Order of the Court of Special Sessions arresting judgment reversed, upon authority of *People* v. *Post* (163 App. Div. 119), and cause remitted to said court, with directions to render judgment. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

James Harley, Respondent, v. Hannah E. Plant, Executrix, etc., and William Gleichmann, Appellants.— Motion denied, without costs. Present — Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ.

Harry A. Moody, Respondent, v. Isaac Morris, Appellant.— Motion denied on condition that defendant perfect his appeal, place the case on the June calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ.

John F. Moroney, Plaintiff, v. Lawrence C. Manuell, Defendant.— Motion for stay granted on condition that appellant perfect his appeal, place the case on the calendar for Tuesday, June 1, 1915, and be ready for argument when reached, without costs. Present — Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ.

The People of the State of New York, Plaintiff, v. Howard Greenfield, Defendant.— Motion denied. Present — Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ.

The People of the State of New York, Plaintiff, v. Henry W. Richter, Defendant.— Motion denied. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

The People of the State of New York ex· rel. Sanborn Map Company, Respondent, v. Peter Ceder, as President, and Edgar C. Logan and Others, Respondents, Appellants.— Motion denied on condition that appellants perfect the appeal, place the case on the June calendar and be ready for argument when reached; otherwise, motion granted, with costs. Present — Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ,

Richard Schnibbe, Respondent, v. Hauck Manufacturing Company, Defendant, Oscar A. Lewis, as Trustee in Bankruptcy, etc., Appellant.— Motion for reargument denied, without costs. Present — Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ.

Richard Schnibbe, Respondent, v. Hauck Manufacturing Company, Defendant. Oscar A. Lewis, as Trustee in Bankruptcy, etc., Appellant.— Motion for restitution granted to the extent that the money paid by the Hauck Manufacturing Company be paid into court to await the event of the action. Present — Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ.

The People of the State of New York, Respondent, v. Giovanni Bertuglia, Appellant.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment of conviction of the County Court of Queens county reversed on the ground that the verdict is clearly against the weight of evidence, and defendant discharged. Jenks, P. J., Stapleton, Rich and Putnam, JJ., concurred.

Joseph C. Rintelen, Appellant, v. Rose D. Schaefer, etc., and Others, Respondents. Woodlawn Cemetery, Defendant.— The parties hereto hav-